**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH STREET
NEW YORK, NEW YORK 10007
TEL: (646) 763-1490

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2025

August 26, 2025

Hon. Mary Kay Vyskocil
Judge, United States District Court
Southern District of New York
New York, New York 10007

*Re: United States. v. De Hoop Cartier et al*, 24 Cr. 133 (MKV)
(Notice of possible lateness for tomorrow's status conference by Alexander Egidio Areiza Ceballos)

I write to request my co-counsel Ms. Barrett stand in for me at tomorrow's status conference. Ms. Barrett will confirm with Mr. Alexander Ceballos and represent his consent for the temporary substitution. I make this request due to an unforeseen adjournment a contested sentencing of my client's co-defendant. The sentencing was to go forward today but the date and time of the sentencing was changed to tomorrow. I need to be present for that sentencing hearing as my client is to be shortly thereafter and to properly prepare for it, I need to hear the co-defendant's arguments. I did not have any choice in the date and time picked and I do apologize for the unforeseen conflict. Ms. Barrett is aware of my trial schedule as well the motions I intend to file for my client.

I thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/ Sabrina P. Shroff
Counsel for Alexander Egidio Areiza Ceballos

**Granted. SO ORDERED.**

Date: 8/27/2025
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge