USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

ALEXANDER EGIDIO AREIZA CEBALLOS,

Defendant.

24-cr-133 (MKV)

**SCHEDULING ORDER**

---

MARY KAY VYSKOCIL, United States District Judge:

The Court has received an *ex parte* letter from Sabrina P. Shroff, counsel for Defendant Alexander Egidio Areiza Ceballos, informing the Court that Defendant Alexander Egidio Areiza Ceballos has requested new counsel. Accordingly, IT IS HEREBY ORDERED that the Government, Defendant Alexander Egidio Areiza Ceballos, and Sabrina Shroff, defense counsel to Defendant Alexander Egidio Areiza Ceballos, shall appear for a conference to discuss Defendant Alexander Egidio Areiza Ceballos' request on **Monday, September 22, 2025 at 2:30 PM**.

**SO ORDERED.**

Date: September 16, 2025
      New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**