**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2025
```

----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :        **ORDER**
                                        :
                                        :
                                        :
                                        :
                                        :        Docket #
                                        :
----------------------------------------x


_____, **DISTRICT JUDGE:**
       Judge's Name

The C.J.A. attorney assigned to this case

_____ is hereby ordered substituted
       Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to _____, NUNC-PRO-TUNC _____.
                           Attorney's Name

                              **SO ORDERED.**

                        _/s/ Mary Kay Vyskocil_
                        **UNITED STATES DISTRICT JUDGE**


Dated:  **September 22, 2025**
        **New York, New York**