

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY

www.fgdmlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2025
```

September 30, 2025

Hon. Mary Kay Vyskocil,
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:   United States v. Alexander Areiza Ceballos
         Case No.: 24 Cr. 133 (MKV)

Dear Judge Vyskocil,

   I was recently appointed to represent Alexander Areiza Ceballos in the above referenced matter. Prior to my appointment, a motion schedule was issued with a deadline of October 1, 2025 to submit motions. I am still compiling all the discovery in this case. As a result, I respectfully request a 3-week extension of time to obtain and review the relevant discovery, and to submit and/or join any motions.

   The Government and co-defendant counsels have been notified of this application and have no objection. Additionally, this request will not affect the Speedy Trial Act nor the current trial schedule.

   We thank the Court for its consideration.

**GRANTED. Any motions from Defendant Alexander Egidio Areiza Ceballos are due on or before October 22, 2025. Any opposition from the Government is due on or before November 12, 2025. Replies if needed are due on or before November 21, 2025.**

**SO ORDERED.**

Date: 9/30/2025
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo, Esq.
Fasulo Giordano & DiMaggio, LLP.
225 Broadway, Suite 715
New York, New York 10007
Tel: (212) 566 6213

Cc:   AUSA

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566 – 6213
Fax (212) 566 – 8165